[No. 5282-6-III. Division Three. January 10, 1984.]

EDDIE RAY PARMER, *Respondent,* v. JOHN JERALD VERNON, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Asotin County, No. 15912, Patrick McCabe, J., entered June 15, 1982. *Affirmed* by unpublished per curiam opinion.

[No. 6778-1-II. Division Two. January 10, 1984.]

*In the Matter of the Marriage of* PATRICIA A. WEST, *Respondent, and* GREGORY R. WEST, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 81-3-03721-5, Arthur W. Verharen, J., entered November 19, 1982. *Affirmed in part* and *reversed in part* by unpublished opinion per Worswick, J., concurred in by Petrich, C.J., and Petrie, J.

[No. 6419-7-II. Division Two. January 11, 1984.]

*In the Matter of the Welfare of* WALTER JACKSON, ET AL.

Appeal from judgments of the Superior Court for Pierce County, Nos. 27271, 800280, 800588, John B. Krilich, J. Pro Tem., entered May 26, 1982. *Affirmed* by unpublished opinion per Petrich, C.J., concurred in by Petrie and Worswick, JJ.